# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>UNITED STATES BUREAU OF RECLAMATION, *et al.*,<br><br>                    Defendants. | Old Case No. 2:14-cv-01396 MCE CMK<br>New Case No. 1:14-cv-00945 LJO BAM<br><br>**ORDER RELATING CASES AND RETAINING EXISTING BRIEFING SCHEDULE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to numerous actions before the undersigned, including *San Luis & Delta-Mendota Water Authority, et al. v. Jewell, et al.,* Lead Case No. 1:09-cv-00407 LJO BAM ("*San Luis v. Jewell*"); *Natural Resources Def. Council, et al. v. Jewell, et al*., Case No. 1:05-cv-1207-LJO-BAM, *San Luis & Delta-Mendota Water Authority, et al. v. U.S. Dep't of Interior, et al.,* Case No. 1:11-cv-00952-LJO-GSA, *San Luis & Delta-Mendota Water Authority, et al. v. Jewell*, et al., Case No. 1:13-cv-01232-LJO-GSA, and *Friant Water Authority, et al. v. Jewell*, et al., Case No. 1:14-cv-00765-LJO-BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the district judge and magistrate judge assigned to the most closely related case, *San Luis v. Jewell*, 1:09-cv-00407 LJO BAM, will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and

magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe. **All documents shall bear the new 1:14-cv-00945 LJO BAM.**

Until further notice, the briefing schedule and hearing set by the June 17, 2014 minute order, Doc. 22, shall remain unchanged.

**SO ORDERED**
**Dated: June 18, 2014**

                                             /s/ Lawrence J. O'Neill
                                       **United States District Judge**